IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CRIMINAL ACTION FILE NO. |
| | : | |
| v. | : | 1:04-CR-508-CAP |
| | : | |
| TIMOTHY C. MOSES | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

Defendant Timothy C. Moses, by and through undersigned counsel, hereby files the following Supplemental Proposed Jury Instruction.

This 24th day of October, 2005.

Respectfully submitted,

s/John R. Martin
JOHN R. MARTIN
jack@martinbroslaw.com

MARTIN BROTHERS, P.C.
202 The Grant Building
44 Broad Street, N.W.
Atlanta, GA  30303          Counsel for Defendant
(404) 522-0400              Timothy C. Moses

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 24, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will be electronically notified to all counsel of record and is available for viewing and downloading from the Court's CM/ECF system by all counsel of record.

S/John R. Martin
JOHN R. MARTIN

**Instruction #6**

**Good Faith Defense to Charge of Intent to Defraud**

The Indictment in this case is a lengthy and detailed statement setting out the Government's allegations and contentions in this case. It was written by the Government attorneys and is merely the formal process by which charges are brought in federal court. It is not evidence in any respect nor should it be used by you as a summary of the evidence. You should base your verdict solely on the evidence received at trial and the law as I have explained it to you. In addition, by his not guilty plea, the Defendant has plead not guilty to the charges in the Indictment and denies the allegations contained therein.