AO 187 (Rev. 4/82)

EXHIBIT (Defendants)

| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DISTRICT COURT |
|---|---|---|
| United States of America | Timothy C. Moses | Atlanta |
| Paul Monnin | John Martin | DOCKET NUMBER |
| R. J. Buby | | 1:04-CR-508 CAP |
| | | TRIAL DATE(S) |
| | | 10-19-05 |
| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
| Charles A. Pannell | Martha Frutchey | Regina Martin |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | 10-18-05 | ✓ | ✓ | FBI Report dtd 2-12-03 |
| | 2 | 10-18-05 | ✓ | ✓ | Letter from Dennis Baca dtd 1-18-02 |
| | 3 | 10-18-05 | ✓ | ✓ | Memo from Higgins dtd 12-21-01 |
| | 12 | 10-18-05 | ✓ | ✓ | Letter from Johnny Isakson dtd 12/29/01 |
| | 4 | 10-18-05 | ✓ | ✓ | Letter from Cecil Smith |
| | 5 | 10-18-05 | ✓ | ✓ | Detailed Protocol + Final Study Report |
| | 9 | 10-18-05 | Referred To | | |
| | 15 | 10-18-05 | Reserved | | |
| | 11 | 10-18-05 | ✓ | ✓ | JJS January News Letter 2004 |
| | 18 | 10-19-05 | ✓ | ✓ | Response from Michelle E. Wingfield dtd 2-7-02 |
| | 19 | 10-20-05 | ✓ | ✓ | Assgn of Invention + Patent Rights |
| | 20 | 10-20-05 | ✓ | ✓ | Account Application |
| | 22 | 10-21-05 | ✓ | ✓ | Certificate History Inquiry |
| | 25 | 10-21-05 | ✓ | ✓ | Asset Summary |
| | 26 | 10-21-05 | ✓ | ✓ | Asset Summary |
| | 27 | 10-21-05 | ✓ | ✓ | Order Ticket |
| | 28 | 10-21-05 | ✓ | ✓ | Order Ticket |
| | 29 | 10-21-05 | ✓ | ✓ | Order Ticket |
| | 30 | 10-21-05 | ✓ | ✓ | Order Ticket |
| | 31 | 10-21-05 | ✓ | ✓ | Order Ticket |
| | 7 | 10-25-05 | ✓ | ✓ | Memo dtd 5-4-02 |
| | 36 | 10-26-05 | ✓ | ✓ | Moses Ufinance Acct - 9-1-02 - 5-15-03 |
| | 35 | 10-26-05 | ✓ | ✓ | Certificate of Registration |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pag

AO 187 (Rev. 4/82)                                   **EXHIBIT**

| | | | | | |
|---|---|---|---|---|---|
| United States of America | | vs. | Timothy C Moses | DISTRICT COURT | Atlanta |
| PLAINTIFF'S ATTORNEY Paul Monnin R. J. Burby | | DEFENDANT'S ATTORNEY John Martin | | DOCKET NUMBER 1:04-CR-508-CAP TRIAL DATE(S) 10-14-05 | |
| PRESIDING JUDGE Charles A. Pannell, Jr. | | COURT REPORTER Martha Trutchey | | COURTROOM DEPUTY Rigena Martin | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2 | 10-26-05 | ✓ | ✓ | Cy of State of the Union, President Bush |
| | 3 | 10-26-05 | ✓ | ✓ | VFinance Inventory Acct Summary |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.