

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA        :
                                :       CRIMINAL ACTION
            v.                  :
                                :       NO. 1:04-CR-508-CAP
TIMOTHY C. MOSES                :


## Verdict


We the jury find Defendant Timothy Moses:


Count One

GUILTY _____X_____          NOT GUILTY_____



Count Two

GUILTY _____X_____          NOT GUILTY_____




_____Kenneth Antinoro_____
Foreperson

_____10-27-2005_____
Date