UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

     v.

CRIMINAL ACTION
NO. 1:04-CR-508-CAP

TIMOTHY MOSES

ORDER/JUDGMENT

On this 20th day of May, 2014, came the attorney for the government and the defendant appeared in person and with counsel, G. Michael Smith.

A probation officer of this court having moved the court to revoke the supervised release heretofore granted the defendant on February 17, 2006, for the period of (5) five years. The defendant having denied that he violated the terms and conditions of his supervised release, and the court having found that the defendant did violate his conditions of supervised release, it is,

ORDERED BY THE COURT that the supervised release be revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to Bureau of Prisons for a term four (4) months with no supervised release to follow. The defendant if allowed to self surrender to the United States Marshal on June 16, 2014 no later than 12:00 p.m., unless directed by the Bureau of Prisons to surrender somewhere else. The defendant is not to surrender before June 16, 2014.

IT IS FURTHER ORDERED that the Clerk serve a copy of this Order upon the defendant, defense counsel, Probation Officer, United States Attorney and the United States Marshal.

SO ORDERED, this __23rd__ day of May, 2014.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge